testimony of the defendant's witnesses that the locomotive was subjected to frequent and thorough inspection by competent inspectors is uncontradicted and that there should have been a dismissal of the complaint upon this ground. Smith v. N. Y. C. & H. R. R. Company, 164 N. Y. 491, 58 N. E. 655; Biddiscomb v. Cameron, 35 App. Div. 561, 55 N. Y. Supp. 127, affirmed 161 N. Y. 637, 57 N. E. 1104.

HUNN, Appellant, v. WILMARTH et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Walter S. Hunn against Clarence M. Wilmarth and others. No opinion. Motion for leave to appeal to the Court of Appeals denied.

HUTCHINSON, Respondent, v. STERN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 2, 1906.) Action by Herbert Hutchinson against Sigmund Stern. No opinion. Interlocutory judgment affirmed, with costs, with leave to plead over upon payment of the costs of the demurrer and of this appeal.

INDRIZZO, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) Action by Vito Indrizzo against the New York City Railway Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

ISAACS, Respondent, v. WANAMAKER, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 2, 1906.) Action by David Isaacs against John Wanamaker.
PER CURIAM. Judgment affirmed, with costs.
WILLIAM and NASH, JJ., dissent.

JAMESON, Respondent, v. KLAVOON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 2, 1906.) Action by George A. Jameson against John Klavoon.
PER CURIAM. Judgment of Municipal Court reversed, with costs. Held, that the Municipal Court acquired no jurisdiction of the defendant.
WILLIAMS, J., not voting.

JANIN, Respondent, v. JACOBSON, Appellant. (Supreme Court, Appellate Division, Second Department. April 27, 1906.) Action by Charles A. Janin against Nathan Jacobson. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the grounds that the plaintiff acted in the interest of the purchaser, instead of in the sole interest of the defendant, and that the purchaser never made a written agreement of purchase, but refused to do so on the terms proposed by the defendant.

J. J. SPURR & SONS, Inc., Respondent, v. EMPIRE STATE SURETY CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by J. J. Spurr & Sons, incorporated, against the
98 N.Y.S.—70

Empire State Surety Company, impleaded, etc. No opinion. Motion granted.

JOHNSON, Respondent, v. EMPIRE STATE DAIRY CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by John Johnson, against the Empire State Dairy Company.
PER CURIAM. Order affirmed, with costs.
MILLER, J., dissents.

JUDSON, Respondent, v. RICHARDS, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Isabella F. Judson against J. Tredwell Richards, impleaded, etc. J. T. Richards, for appellant. F. H. Mills, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KATZENSTEIN v. JONASSON et al. (Supreme Court, Appellate Division, First Department. April 25, 1906.) Action by Charles Katzenstein against Joseph Jonasson and another. No opinion. Application denied, with $10 costs. Order signed.

KEARNEY, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 11, 1906.) Action by Nellie Kearney against the New York City Railway Company. J. A. Douglas, for appellant. A. J. Ernest, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KELLOGG, Appellant, v. KOVAR, Respondent. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Luther L. Kellogg against Harry L. Kovar. L. L. Kellogg, for appellant. E. A. Jones, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KELLOGG, Appellant, v. KOVAR, Respondent. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Macintosh Kellogg against Harry L. Kovar. L. L. Kellogg, for appellant. E. A. Jones, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re KENNEDY'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. March 14, 1906.) In the matter of the estate of James Kennedy, deceased.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
McLENNAN, P. J., not voting.

In re KIERNAN. (Supreme Court, Appellate Division, First Department. March 9, 1906.) In the matter of John Kiernan. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KING, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March